JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L.S., individually and as Successor in Interest to David Primo-Perez, deceased, by and through her Guardian Ad Litem, Sena Swinney; G.V.S., individually and as Successor in Interest to David Primo-Perez, deceased, by and through his Guardian Ad Litem, Sena Swinney; and DEBORAH CURIEL, individually,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SAN BERNARDINO, a municipal entity; ADAM DUNCAN; MICHAEL CORRAL; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:22-cv-00071-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication [ECF No. 39]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The claims asserted by Plaintiffs A.L.S. and G.V.S. were previously **DISMISSED without prejudice** by stipulation of the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

3. Fictitiously named Defendants Does 1-10, inclusive, are **DISMISSED**.

4. Defendants County of San Bernardino, Adam Duncan, and Michael Corral shall have **JUDGMENT** in their favor, and against Plaintiff Deborah Curiel. Plaintiff Deborah Curiel shall take nothing by way of her First Amended Complaint. This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 21, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE